UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
Kingsley Palmer,
Sharon Palmer,

                      Plaintiffs,

    -against-

The City Of New York,
Inspector Elliot,
Colon,
Ramos,
Reggie aka Frank Singh,
E 40 Buyers IG, LLC,
Stephen Samuel Weintraub,
John Doe  #1-2,

                      Defendants.
----------------------------------------------------------------------X

Case No.: 19-cv-05542
(RPK-CLP)

**NOTICE OF MOTION TO DISMISS**

      **PLEASE TAKE NOTICE** that upon the Declaration of Rachel Aghassi, Esq., the exhibits annexed thereto, the Affidavit of Defendant Stephen S. Weintraub, the Affidavit of Marc Aronson, Esq. and the accompanying Memorandum of Law, the Defendant Stephen S. Weintraub hereby moves this Court before the Honorable Rachel P. Kovner, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint of Plaintiffs Kingsley Palmer and Sharon Palmer with prejudice as against Defendant Stephen S. Weintraub, and granting any other and further relief as this Court deems just and proper.

Dated: New York, New York
       May 26, 2020

                                         Respectfully submitted,

                                         **FURMAN KORNFELD & BRENNAN LLP**

                                         By: _____ /s/ Rachel Aghassi_____

Rachel Aghassi, Esq.
Attorney for Defendant
*Stephen S. Weintraub, Esq.*
61 Broadway, 26th Floor
New York, New York 10006
(212) 867-4100
 File No.: 303.021

TO:  All Parties (Via ECF)