# Exhibit B

Civil Court of the City of New York
County of Kings
Part D

Claimant(s)/Plaintiff(s)/Petitioner(s):
E 40 Buyers IG, LLC.

against

Defendant(s)/Respondent(s):
Kingsley Palmer,
Sandra Palmer,
John Doe & Jane Doe

Index Number 82907/18
Motion Cal. # _____ Motion Seq. # _____

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion.

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed.... | |
| Answering Affidavits ............................... | |
| Replying Affidavits.................................. | |
| Exhibits ............................................... | |
| Other.................................................. | |

Upon the foregoing cited papers, the Decision/Order on this Motion to holdover proceeding to obtain legal possession of 891 East 40th Street, Bklyn NY 11210 is as follows:

The Petitioner obtained title to the property at 891 East 40th Street pursuant to a foreclosure. Pursuant to the certified deed the title was transferred on July 24, 2018. The Petitioner sustained their prima facie burden. The Respondent, Kingsley Palmer, defends against this holdover proceeding but disputing the validity of the foreclosure and the transfer of the deed. This Court does not have the jurisdiction to question the validity of the deed. The Petitioner is the current deed holder and has not received use and occupancy since taking title.

Pursuant to the testimony and evidence adduced at trial, the Petitioner is awarded a final judgment of possession, Warrant to issue forthwith, execution stayed through March 31, 2019. This is without prejudice to rights before Supreme Court.

2/28/19
Date

Judge, Civil Court

**Kings County Civil Court**
**Landlord and Tenant Judgment**

Petitioner(s):
E40 Buyers IG LLC,

vs.

Respondent(s):
Kingsley Palmer;
Sanda Palmer;
"John" "Doe";
"Jane" "Doe"

**Index Number: LT-082907-18/KI**

A Notice of Petition and Holdover Petition duly verified and proof of service having been filed with this court and the issue having been decided before Honorable Jeannine B. Kuzniewski Housing Court Judge on February 28, 2019, a final order is made, after trial in favor of Petitioner: E40 Buyers IG LLC,.

On Motion of:   Stephen Samuel Weintraub
8030 164th St, Jamaica, NY 11432-1114

### IT IS ADJUDGED:

That possession of the premises, described in the petition located at 891 East 40th Street, Apt. Entire Premises, Brooklyn, NY 11210-, said property is further described as Six (6) rooms, be awarded to the petitioner(s).

Petitioner creditor(s) and address(es):
(1) E40 Buyers IG LLC,

Respondent debtor(s) and address(es):
(1) Kingsley Palmer, at 891 East 40th Street, Apt. Entire Premises, Brooklyn, NY 11210
(2) Sanda Palmer, at 891 East 40th Street, Apt. Entire Premises, Brooklyn, NY 11210
(3) "John" "Doe", at 891 East 40th Street, Apt. Entire Premises, Brooklyn, NY 11210
(4) "Jane" "Doe", at 891 East 40th Street, Apt. Entire Premises, Brooklyn, NY 11210

### IT IS FURTHER ORDERED:

That a warrant of eviction shall issue removing all named respondents from the described premises. The Execution of the Warrant is Stayed per Stipulation/Order.

Date of Decision: 02/28/2019

Honorable Jeannine B. Kuzniewski
Housing Court Judge

Judgment entered at Kings County Civil Court, 141 Livingston Street, Brooklyn, NY 11201, in the STATE OF NEW YORK in the total amount of $0.00 on 03/01/2019 at 02:36 PM.

Judgment sequence 1

Alia Razzaq, Chief Clerk

Warrant issued to Marshal _____ on _____

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.