# Exhibit C

At a Foreclosure Term, Part __1__ of the
Supreme Court of the State of New York
Held in and the county of Kings County
Located at 360 Adams Street, Brooklyn
New York on the 20th day of May, 2019

PRESENT: HON. __Noach Dear__, J.S.C

------------------------------------------- X

MTGLQ INVESTORS L.P

                PLAINTIFF,

                          EMERGENCY ORDER TO SHOW
                          CAUSE FOR A STAY WITH A
                          T.R.O OF THE EVICTION AND
    -Against-                TO HOLD IN ABEYANCE ALL
                          EVICTION PROCEEDINGS UNTIL
                          AND PENDING A HEARING ON
                          THE MERITS []

                          INDEX NO# 508193/2013

PALMER, KINGLSEY; & SANDA "DOE

                DEFENDANTS

------------------------------------------- X



Upon the reading and filing of an affidavit of **Palmer Kingsley**, appearing pro-se herein, being duly sworn and verified on the 20th day of May 2019 along the exhibits of the <u>assignments of mortgages</u> the <u>judgment of foreclosure and sale</u>, and exhibits, and upon the proceedings and due deliberation, it is

*L E T*, the plaintiff, **MTGLQ Investors, LP** and its attorney show cause at an I.A.S. Foreclosure Term Part __1__, of this court located at the Courthouse at Kings County Supreme Court located at 360 Adams Street, Rm 756 Brooklyn, New York ~~on the ex-parte~~ on the 26th day of June, 20 19 at 9:30 A.M. ~~o'clock~~ in the forenoon of that day or as soon thereafter as counsel may be heard why should an EMERGENCY ORDER TO SHOW CAUSE FOR a STAY OF EVICTION SUBSEQUENT THE FORECLOSURE AUCTION AND SALE WITH A T.R.O ON NEWLY DISCOVERED EVIDENCE and pending hearing not be granted issuing upon the grounds **[i]** for a hearing on newly discovered evidence **[a] defective and fraudulent assignment of mortgage and that the assignment post-date the commencement of action and** [b] Fraudulent Process Servicer's Affidavit of the Description of parties allegedly served, [c] to discharge the entire mortgage on the grounds that plaintiff lacked standing and [d] the plaintiff's lack of standing on the basis of the various assignments which are robo-signed by known fraudulent persons and lack of statutory notices and it is further

Let ~~ORDERED, that~~ the motion of **Palmer Kingsley** a pro-se defendant, the motion filed and it is hereby granted, as follows;

Stay {

ORDERED, that, ~~the plaintiff, MTGLQ Investors, by its attorneys FEIN, SUCH & CRANE, LLP~~ Pending a hearing, all proceedings in the eviction action (index no. 829071/18) are Stayed. ~~located at 28 EAST MAIN STREET, STE 1800 ROCHESTER, NEW YORK 14614~~ New York are ~~stayed and to bring forthwith all documents, files and records relating to this case on the scheduled court appearance and it is further;~~

HON. NOACH DEAR J.S.C.

Let ~~ORDERED, that~~ a copy of this order along with the papers for which it was granted be deem sufficient by overnight mail ~~personal delivery~~ upon the **Stephen Samuel Weintraub** counsel for **E40 Buyers IG, LLC** whose the current title and deed holder of said real property ~~whose offices are located at 80-30 164th Street, Jamaica, New York 11432~~ on or before the 30th day of May, 20 19 be deem good and sufficient service thereof;

Enter:

Justice of Supreme Court

**HON. NOACH DEAR J.S.C.**