UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

Kingsley Palmer,
Sharon Palmer,

              Plaintiffs,

-against-

The City Of New York,
Inspector Elliot,
Colon,
Ramos,
Reggie aka Frank Singh,
E 40 Buyers IG, LLC,
Stephen Samuel Weintraub,
John Doe #1-2,

              Defendants.

-----------------------------------------------------------------------

Case No.: 19-cv-05542
(RPK-CLP)

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on May 26, 2020 a copy of the Notice of Motion to Dismiss; Declaration of Rachel Aghassi, Esq. in support of Motion to Dismiss and Exhibits A to D; Memorandum of Law in Support of Motion to Dismiss; Affidavit of Stephen S. Weintraub, Esq. in Support of Motion to Dismiss; and Affidavit of Marc Aronson, Esq. in Support of Motion to Dismiss were served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

    Karamvir Dahiya, Esq.
    Attorney for Kingsley Palmer and Sharon Palmer
    Dahiya Law Offices LLC
    75 Maiden Lane
    Ste. 506
    New York, New York 10028

    James Murray, Esq.
    Attorney for The City of New York
    New York City Law Department

2

      100 Church Street
      New York, New York 10007


Dated: New York, New York
       May 26, 2020

                                          /s/ Rachel Aghassi, Esq.

                                By: Rachel Aghassi, Esq.
                                    *Attorney for Defendant*
                                    Stephen S. Weintraub, Esq.
                                    61 Broadway, 26th Floor
                                    New York, New York 10006
                                    (212) 867-4100
                                    FKB File No.: 303.021