UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------- x

KINGSLEY PALMER AND SHARON PALMER,

                              Plaintiffs,

                -against-

CITY OF NEW YORK, INSPECTOR ELLIOT COLON, POLICE OFFICER LUIS RAMOS, POLICE OFFICER NICHOLAS CARDIERI, POLICE OFFICER ADAM GIACALONE, STEPHEN SAMUEL WEINTRAUB, E 40 BUYERS IG LLC, REGGIE (AKA FRANK SINGH),

                              Defendants.

--------------------------------------------------------------------------- x

**NOTICE OF MOTION**

19 CV 5542 (RPK)(CLP)

        **PLEASE TAKE NOTICE** that upon the annexed Declaration of James R. Murray in support of City Defendants' Motion to Dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) dated October 9, 2020, and the Memorandum of Law of the same date, Defendants City of New York, Inspector Elliot Colon, and Police Officer Luis Ramos will move this Court, before the Honorable Rachel P. Kovner, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), granting City Defendants' Motion to Dismiss the First Amended Complaint, together with such other relief as this Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to the electronic Order dated August 24, 2020, Plaintiffs shall serve any opposition papers upon City Defendants on or before October 30, 2020.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the electronic Order dated August 24, 2020, City Defendants shall serve any reply papers upon Plaintiffs on or before November 13, 2020.

Dated:      New York, New York
              October 9, 2020

                                            JAMES E. JOHNSON
                                           Corporation Counsel of the City of New York
                                           *Attorney for Defendants City of New York,*
                                           *Inspector Elliot Colon, and Police Officer Luis*
                                           *Ramos*
                                           100 Church Street, Room 3-183
                                           New York, New York 10007
                                           (212) 356-2372

                                  By:    /s/ James R. Murray
                                              James R. Murray
                                              *Assistant Corporation Counsel*

To:  Karamvir Dahiya, Esq. (By ECF)
      *Attorney for Plaintiffs*

CC: Rachel Aghassi, Esq. (By ECF)
      *Attorney for Defendant Stephen Weintraub*